WILLIAM ROSENSTEIN, Appellant, *v.* SAMUEL SCHNEIDER-
MAN, Respondent.

*Appeal — failure to file undertaking.*

Reported below, 216 App. Div. 849.

(Submitted October 4, 1926; decided October 12, 1926.)

MOTION to dismiss an appeal from an order of the
Appellate Division of the Supreme Court in the second

judicial department, entered May 21, 1926, which affirmed an order of the Kings County Court granting defendant's motion to dismiss the complaint.

The motion was made upon the ground of failure to file the required undertaking.

*Walter M. Effross* for motion.
*Emanuel Rosenstein* opposed.

Motion denied on payment of ten dollars costs by appellant; otherwise, granted and appeal dismissed, with costs and ten dollars costs of motion.